UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROLL & HILL, LLC et al.,<br><br>                              Plaintiffs,<br><br>                             -v.-<br><br>HPG INTERNATIONAL, LLC,<br><br>                              Defendant. | 25 Civ. 05546 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

      Plaintiff Roll & Hill, LLC brought this action on July 6, 2025.  *See* ECF No. 1.  On August 20, 2025, Defendant HPG International, LLC moved to dismiss the complaint pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(3), and 12(b)(6).  *See* ECF No. 16.  On September 10, 2025, Plaintiff filed an amended complaint.  *See* ECF No. 20.  Accordingly, Defendant's motion to dismiss the complaint, ECF No.16, is hereby DENIED as moot.  *See* ECF No. 19.

      The Clerk of Court is directed to terminate ECF No. 16.

      SO ORDERED.

Dated:  September 11, 2025
           New York, New York

                                                                 JENNIFER H. REARDEN
                                                                   United States District Judge